

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,058-01

### EX PARTE CHAD WAYNE TILLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 15-08-08855-CR(1) IN THE 410 DISTRICT COURT
### FROM MONTGOMERY COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to three years' imprisonment. He did not appeal his conviction.

Applicant states as his ground for relief, "Received labs from Texas Department of Public Safety." As supporting facts, he states, "Lab results came back negative, no controlled substance was found." The trial court recommends in its agreed findings that this Court grant relief due to an involuntary plea. It finds that Applicant entered his plea of guilty in the mistaken belief that he possessed a controlled substance and that Applicant's plea of guilty in this case was not knowingly

and voluntarily entered. There are no lab results in the habeas record, however, so the findings are not currently supported. The trial court shall have the habeas record to this Court supplemented with the lab results.

This application will be held in abeyance until the trial court has had the habeas record to this Court supplemented, which shall be within 30 days of the date this order. Any extensions of time shall be obtained from this Court.

Filed: May 25, 2016
Do not publish